Patricia M. Erickson
Attorney at Law
Nevada Bar No. 3506
601 S. Tenth St., Ste 108
Las Vegas, NV 89101
Telephone: 702-388-1055
Facsimile: 702-388-3664
pme@pmericksonlaw.com
Attorney for Defendant:
George Suarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no.18-cr-00390-RFB-BNW-5 |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING |
| GEORGE SUAREZ, | |
| Defendant. | (Third Request)[1] |

IT IS HEREBY STIPULATED AND AGREED, by and between United States of America, by and through Nicholas A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney, and Patricia M. Erickson, counsel for defendant George Suarez that the sentencing hearing currently scheduled for December 20, 2019 at 10:00 A.M. be vacated and set to a date and time convenient to this Honorable Court during the month of January, 2020.

This stipulation is entered into for the following reasons:

1. A significant breakdown in communication has occurred between Mr. Suarez and his retained counsel, Vitaly B. Sigal.

///

///

---

[1] On December 5, 2019, the sentencing was continued to December 19, 2019. Subsequently, at the request of the parties, the sentencing hearing was continued by one day to December 20, 2019. Consequently, this motion requests a third continuance of the sentencing date.

| | | |
|---|---|---|
| 1 | 2. | Based on this breakdown in communication, Mr. Suarez has requested Patricia M. Erickson become his primary retained counsel and appear with him on the sentencing date.[2] |
| 4 | 3. | Ms. Erickson will be out of the jurisdiction between December 18 and December 22, 2019. |
| 6 | 4. | Given the fact that Mr. Suarez believed he would be sentenced on December 5, 2019, he made plans to be with his family members during the upcoming holidays. |
| 9 | 5. | The parties agree to the requested continuance. |
| 10 | 6. | Additionally, denial of this request for continuance could result in a miscarriage of justice. |
| 12 | 7. | The additional time requested by this Stipulation is made in good faith and not for purposes of delay. |

This is the first written request for a continuance but the third request based upon proceedings in court.

Dated this  9th  day of December, 2019.

NICHOLAS TRUTANICH
UNITED STATES ATTORNEY

  /s/   Allison Reese                                         /s/ Patricia M. Erickson
Allison Reese                                               Patricia M. Erickson
Assistant U.S. Attorney                                     Counsel for Defendant George Suarez

---

[2] While Patricia M. Erickson is already listed as counsel in the case at bar, out of an abundance of caution, she is simultaneously efiling the Designation of Retained Counsel.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GEORGE SUAREZ,<br><br>        Defendant. | Case no.18-cr-00390-RFB-BNW-5<br><br>ORDER |

        Based on the Stipulation of the parties, this Court finds that the ends of justice are served by granting the requested continuance which outweighs the best interest of the public and the Defendant in a speedy sentencing since failure to grant the continuance would be likely to result in a miscarriage of justice and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and throughly prepare for the sentencing, taking into account the exercise of due diligence.

        IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for December 20, 2019 at 10:00 AM be vacated and continued to __Wednesday, January 8__, 2020 at __2:15__ p.m.

        Dated this __10th__ day of __December__, 20__19__

                                         _____
                                         RICHARD F. BOULWARE, II
                                         UNITED STATES DISTRICT JUDGE