1  Patricia M. Erickson
   Attorney at Law
2  Nevada Bar No. 3506
   601 S. Tenth St., Ste 108
3  Las Vegas, NV 89101
   Telephone: 702-388-1055
4  Facsimile: 702-388-3664
   pme@pmericksonlaw.com
5  Attorney for Defendant:
   George Suarez
6

7                UNITED STATES DISTRICT COURT

8                     DISTRICT OF NEVADA

9
   UNITED STATES OF AMERICA,        )
10                                  )
           Plaintiff,                )   Case no.18-cr-00390-RFB-BNW-5
11                                  )
   vs.                               )   STIPULATION TO CONTINUE
12                                  )   SELF SURRENDER TO BOP
   GEORGE SUAREZ,                   )
13                                  )   (First Request)
           Defendant.                )
14                                  )
   _____)
15

16         IT IS HEREBY STIPULATED AND AGREED, by and between the United

17  States of America, by and through Nicholas A. Trutanich, United States Attorney, and

18  Allison Reese, Assistant United States Attorney, and Patricia M. Erickson, counsel for

19  defendant George Suarez, that the self surrender date of April 6, 2020 shall be extended

20  to <u>May 1, 2020</u>.

21         This stipulation is entered into for the following reasons:

22     1.  Mr. Suarez has been notified that he is classified to Lompoc federal

23         prison with a self surrender date of April 6, 2020;

24     2.  Mr. Suarez and his family live in California;

25     3.  Due to the very recent California coronavirus/Covid 19 order to "stay

26         in place" Mr. Suarez's mother lost her job;

27  ///

28  ///

    ///

4. Because of the pandemic and resulting orders that caused his mother to become temporarily unemployed, Mr. Suarez needs additional time to provide, as best he can, for his family prior to his self surrender to the Bureau of Prisons.

This is the first written request for a continuance of the self surrender date in the case at bar.

Dated this 25th day of March, 2020.

NICHOLAS TRUTANICH
UNITED STATES ATTORNEY

| /s/ Allison Reese | /s/ Patricia M. Erickson |
|---|---|
| Allison Reese | Patricia M. Erickson |
| Assistant U.S. Attorney | Counsel for Defendant George Suarez |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                               )
             Plaintiff, )        Case no.18-cr-00390-RFB-BNW-5
                                                 )
vs. )        ORDER
                                                 )
GEORGE SUAREZ, )
                                                )
             Defendant. )
_____)

       Based on the Stipulation of the parties, this Court finds that:

1.     Mr. Suarez has been classified to Lompoc federal prison with a self surrender date of April 6, 2020;

2.     Mr. Suarez and his family live in California;

3.     Due to the very recent California coronavirus/Covid 19 order to "stay in place" Mr. Suarez's mother lost her job;

4.     Because of the pandemic and resulting orders that caused his mother to become temporarily unemployed, Mr. Suarez needs additional time to provide, as best he can, for his family prior to his self surrender to the Bureau of Prisons.

       IT IS THEREFORE ORDERED that Mr. Suarez' self surrender to the Bureau of Prisons shall be continued from April 6, 2020 to **May 1, 2020**.

       DATED   2nd   day of April, 2020.

                                                  _____
                                                RICHARD F. BOULWARE, II
                                                UNITED STATES DISTRICT JUDGE