Patricia M. Erickson
Attorney at Law
Nevada Bar No. 3506
601 S. Tenth St., Ste 108
Las Vegas, NV 89101
Telephone: 702-388-1055
Facsimile: 702-388-3664
pme@pmericksonlaw.com
Attorney for Defendant:
George Suarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case no.18-cr-00390-RFB-BNW-5 |
| vs. | STIPULATION TO CONTINUE SELF SURRENDER TO BOP |
| GEORGE SUAREZ, | |
| Defendant. | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, and Patricia M. Erickson, counsel for defendant George Suarez, that the self surrender date of May 1, 2020 shall be extended to August 1, 2020.

This stipulation is entered into for the following reasons:

1. Mr. Suarez has been notified that he has been classified to Lompoc federal prison;

2. Based on the coronavirus pandemic, federal prisons, as a whole, and Lompoc federal prison, specifically, have a very high number of inmates who have been diagnosed with Covid-19;

3. Based on the pandemic, the Attorney General has recommended that low risk non-violent inmates be considered for release on home confinement;

-2-

4.  Given these specific and extraordinary circumstances and the fact that Mr. Suarez has been convicted of a non-violent offense and classified to Lompac - a lower security prison - continuing the date of his self-surrender is appropriate.

This is the second request for a continuance of the self surrender date in the case at bar.

Dated this  22nd  day of April, 2020.

NICHOLAS TRUTANICH
UNITED STATES ATTORNEY

  /s/   Allison Reese                                              /s/ Patricia M. Erickson
Allison Reese                                                       Patricia M. Erickson
Assistant U.S. Attorney                                        Counsel for Defendant George Suarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case no.18-cr-00390-RFB-BNW-5 |
| vs. ) | ORDER |
| GEORGE SUAREZ, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, this Court finds that:

1. Mr. Suarez has been notified that he has been classified to Lompoc federal prison;

2. Based on the coronavirus pandemic, federal prisons, as a whole, and Lompoc federal prison, specifically, have a very high number of inmates who have been diagnosed with Covid-19;

3. Based on the pandemic, the Attorney General has recommended that low risk non-violent inmates be considered for release on home confinement;

4. Given these specific and extraordinary circumstances and the fact that Mr. Suarez has been convicted of a non-violent offense and classified to Lompac - a lower security prison - continuing the date of his self-surrender is appropriate.

IT IS THEREFORE ORDERED that Mr. Suarez' self surrender to the Bureau of Prisons shall be continued from May 1, 2020 to **September 18, 2020**.

DATED ___27th___ day of April, 2020.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE