```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
                   COUNSEL/PARTIES OF RECORD

         SEP 3, 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00390-RFB-BNW |
| Plaintiff, | WAIVER FOR RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |
| v. | |
| GEORGE SUAREZ, | |
| Defendant. | |

I understand that I have a right to appear in person in court at the *Motion Hearing re: Defendant's [131 Motion to Impose Home Confinement or Alternatively, Extend Self-Surrender Date* in this case scheduled for <u>September 3, 2020 at 10:00 AM</u>. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff. Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_____  9/2/20
Defendant's Signature   (date)

_____  9/2/2020         _____  9/03/2020
Signature of Defendant's Attorney  (date)   Judge's Signature          (date)

Patricia Erickson, Esq.                    RICHARD F. BOULWARE, II  U.S. District Judge
Printed Name of Defendant's Attorney       Judge's Printed Name and Title

Sent from my iPhone