ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Fax: (702) 598-1425
rdemarco@cslawoffice.net
Attorney for Defendant, GEORGE SUAREZ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CASE NO: 2:18-cr-00390-RFB-BNW-5 |
| ) | |
| GEORGE SUAREZ, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

### STIPULATION AND [PROPOSED ORDER] TO EXTEND SURRENDER DATE

**WHEREAS**, Defendant, George Suarez, is currently ordered to self-surrender to the Bureau of Prisons designated facility, Lompoc, on March 15, 2021 by 2:00 p.m.  *See* ECF 140.

**WHEREAS**, Defendant's grandfather's viewing and burial are scheduled to occur in the State of California on April 16, 2021, and April 17, 2021, respectively.

1

**IT IS HEREBY STIPULATED and AGREED** by and between Allison Reese, Assistant United States Attorney, and Robert Z. DeMarco, Esq., attorney for Defendant George Suarez, that Defendant George Suarez's self-surrender date to the Bureau of Prisons designated facility, Lompoc, shall be extended from March 15, 2021 to April 19, 2021 by 2:00 p.m.

**IT IS FURTHER STIPULATED and AGREED** that Defendant George Suarez shall not request to extend his surrender date beyond April 19, 2021.

DATED this 11th day of March, 2021.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/    Allison Reese | /s/    Robert Z. DeMarco |
| ALLISON REESE, AUSA | ROBERT Z. DEMARCO, ESQ. |
| 333 Las Vegas Blvd. South, Suite 500 | Nevada Bar No. 12359 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
|  | Attorney for Defendant |

# ORDER

Based upon the forgoing stipulation, and with good cause appearing, IT IS SO ORDERED. The Court hereby ORDERS, that Defendant George Suarez's surrender date to the Bureau of Prisons designated facility, Lompoc, shall be extended from March 15, 2021 to April 19, 2021 by 2:00 p.m.

IT IS SO ORDERED.

Dated this 12th day of March, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

 /s/ Robert DeMarco
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: [702-384-5563]
Attorney for Defendant